**Oscar LIMON–FITCH, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 05–72535.**

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 24, 2009.

Karla L. Kraus, Esq., Kraus Law Corporation, San Diego, CA, for Petitioner.

District Director, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, John C. Cunningham, Esq., Shelley R. Goad, Esq., Elizabeth J. Stevens, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GRABER, GOULD, and BEA, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Oscar Limon–Fitch, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Hughes v. Ashcroft*, 255 F.3d 752, 755 (9th Cir.2001), and we deny the petition for review.

The IJ did not err in concluding that Limon–Fitch did not acquire United States citizenship at birth from his mother. *See* 8 U.S.C. § 1401(a)(7)(1954); *Runnett v. Shultz*, 901 F.2d 782, 783 (9th Cir.1990) (theory of constructive residence does not apply in citizenship transmission case).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

